STATE OF NEW JERSEY, DEFENDANT-IN-ERROR, v. PASQUALE De GRESCENZO, PLAINTIFF-IN-ERROR.

Decided August 10, 1926.

### Crimes—Arson—Judgment Against Weight of Evidence.

On error to the Morris County Quarter Sessions.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the plaintiff in error, *Charles A. Rathbun.*

For the defendant in error, *Albert H. Holland.*

PER CURIAM.

This writ removes for review a judgment of conviction for arson and brings up the whole trial proceedings under section 136 of the Criminal Procedure act. There is only one cause for reversal that needs our attention, and that is that the verdict upon which the judgment is founded is not supported by the weight of the evidence. As our examination of the proofs brings us to this conclusion, the judgment below must be reversed.